# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jacqueline Sanguinetti Davis, and      :

Estate of Gloria J. Gaynor,      :     Case No._____

              Plaintiffs,    :

    v.                         :

                               :

Delaware County Tax Claim Bureau,     :

             Defendant.    :

## ORDER

AND NOW, this Plaintiff ORDER day_____ of_____ , 2026,

upon consideration of the Petition to Stay, and any response thereto, it is ORDERED and

DECREED that the stay is GRANTED.

BY THE COURT:

_____

                                       **J.**

Althea Udo-Inyang, Esquire
Attorney Id. No. 310842
887 Main Street
Darby, PA 19023
T: (610)-291-3015
E: udoesquire@aol.com

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA CIVIL DIVISION

---

| | | |
|---|---|---|
| Jacqueline Davis, and | : | |
| Estate of Gloria J. Gaynor, | : | Case No._____ |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| Delaware County Tax Claim Bureau, | : | |
| Defendant. | : | |

---

### EMERGENCY MOTION TO STAY EXECUTION OF WRIT OF POSSESSION AND MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Jacqueline A. Davis ("Petitioner"), by and through her attorney, Althea J. Udo-Inyang, hereby brings this Emergency Motion to Stay Execution of Writ of Possession and Preliminary Injunction to stay the eviction scheduled for April 1, 2026. The underlying matter involves an Upset Tax Sale pursuant to the Real Estate and Tax Sale Law, Act of July 7, 1942, P.L. 1368, as amended, 72 P.S. §§5860.607, et seq., The tax sale was conducted by the Defendant, Delaware County Tax Claim Bureau.

1. Plaintiff is a resident of the State of Florida.

2. Plaintiff is the beneficiary of a property located at 335 Wayne Avenue, Lansdowne,

Delaware County, Commonwealth of Pennsylvania, tax parcel number 16-09-00634-00

("Property").

3. Property was purchased by Plaintiff's mother, Gloria J. Gaynor ("Decedent") and

bequeathed by Last Will and Testament in 2015. Decedent passed away in January 2026.

4. Plaintiff made immediate and temporary arrangements to leave Florida and reside at the

Property to make funeral arrangements and to settle the estate.

5. During this time Plaintiff received a Writ of Possession addressed to Decedent

(Exhibit A).

6. Plaintiff also received a Notice of Eviction unaddressed (Exhibit B).

7. The Notice of Eviction states that the Sheriff's Office will complete the eviction on April

1, 2026, unless otherwise directed by the court.


## Background

8. The Real Estate Tax Sale Law, 72 P.S. § 5860.01, *et. seq.*, sets forth stringent

requirements for notice of sale.

9. Section 602 requires the tax bureau to provide notice of sale by: a) publication in

newspapers and legal journal; b) United States certified mail, restricted delivery, return receipt

requested, postage prepaid; and c) posted notice. 72 P S §5860.602.

10. If any one of the three above types of notification is not provided by the taxing authority,

the sale of the property will be set aside. *Perma Coal- Sales v. Cambria County Tax Claims

Bureau*, 638 A.2d 329, 330 (Pa. Cmwlth. Ct. 1994).

11. The Tax Claim Bureau did not affect service using U.S. certified mail, restricted delivery,

return receipt requested, postage prepaid, in accordance with law. (Exhibit C).

12. When asked about proof of certified mailing the notice of sale documents, the exchange

occurred as follows:

> **Q.** . . . Could you show me the proof of the certified mailing, please?
> **A.** The proof will be downstairs in my office via our billing coordinator.
> **Q.** So, you have no proof today at the hearing?
> **A.** Not today. It's downstairs in the Tax Claim Bureau...

(Exhibit D, N.T., Pg. 18: 1-6).

13. The Defendant further testified that it did not have proof it complied with the strict notice certified mailing requirements.

> **Q.** Okay, let's look to number 4 if you'll turn to that Exhibit....
> **A.** This is a notice of tax sale certified restricted delivery.
> **Q.** And the Exhibit I'm seeing, I don't see any evidence of any type of mailing other than the, what looks like a copy of the notice itself. Do you see any?.......

> \*\*\*

> **Q.** Does it show in the Exhibit anywhere where the notice was sent certified restricted?
> **A.** No. It does not.

(Id., Pg. 19:11- 21: 25).

14. The statutory notice requirements for a valid tax sale have not been met.

15. This matter is also void of a valid Section 306 return. 72 P S §5860.306.

16. Under the Real Estate Tax Sale Law, Section 306 requires that the tax collector return a list of delinquent properties to the county Tax Claim Bureau to initiate the process of lien filing and subsequent notification procedures for the Upset Sales. Id. § 306, § 307.

17. In this matter the tax collector is the Upper Darby School District.

18. The burden of proof is on the Defendant, Tax Claim Bureau, to prove strict compliance with the tax sale procedures.

19. The record, hearing transcripts and subsequent exhibits are all void of the section 306 return.

occurred as follows:

> **Q.** . . . Could you show me the proof of the certified mailing, please?
> **A.** The proof will be downstairs in my office via our billing coordinator.
> **Q.** So, you have no proof today at the hearing?
> **A.** Not today. It's downstairs in the Tax Claim Bureau...

(Exhibit D, N.T., Pg. 18: 1-6).

13. The Defendant further testified that it did not have proof it complied with the strict notice certified mailing requirements.

> **Q.** Okay, let's look to number 4 if you'll turn to that Exhibit....
> **A.** This is a notice of tax sale certified restricted delivery.
> **Q.** And the Exhibit I'm seeing, I don't see any evidence of any type of mailing other than the, what looks like a copy of the notice itself. Do you see any?.......
>
> \*\*\*
>
> **Q.** Does it show in the Exhibit anywhere where the notice was sent certified restricted?
> **A.** No. It does not.

(Id., Pg. 19:11- 21: 25).

14. The statutory notice requirements for a valid tax sale have not been met.

15. This matter is also void of a valid Section 306 return. 72 P S §5860.306.

16. Under the Real Estate Tax Sale Law, Section 306 requires that the tax collector return a list of delinquent properties to the county Tax Claim Bureau to initiate the process of lien filing and subsequent notification procedures for the Upset Sales. Id. § 306, § 307.

17. In this matter the tax collector is the Upper Darby School District.

18. The burden of proof is on the Defendant, Tax Claim Bureau, to prove strict compliance with the tax sale procedures.

19. The record, hearing transcripts and subsequent exhibits are all void of the section 306 return.

20. Ms. Gaynor's counsel did not even question whether the Defendant Tax Claim Bureau, lawfully initiated the Upset Sale Process. *See generally*, N.T. (Exhibit D).

21. The section 306 requirement to post the notice on the property is not a mere suggestion. It is the only evidence that the posting occurred.

22. Without the section 306 return, there is no evidence of compliance. Without proof of compliance, there is no jurisdiction.

23. Accordingly, Plaintiff faces a substantial, direct, and immediate harm because the underlying tax sale was invalid, and the Property is facing an April 1, 2026 eviction. (Exhibit B).

## CAUSES OF ACTION

### COUNT I
### Stay of Eviction

24. Plaintiff incorporates the previous paragraphs by reference.

25. Plaintiff did not have prior notice of the eviction scheduled for Wednesday, April 1, 2026, at 9:00am.

26. The date of eviction was left unaddressed at the Property. (Exhibit B).

27. The Writ of Possession was also left at the Property and addressed to the deceased individual. (Exhibit A).

28. Plaintiff is a resident of the state of Florida and is in the area for the sole purpose of burying her mother and settling the estate.

29. This motion is filed on an emergency basis because eviction is imminent and will cause irreparable harm.

### COUNT II
### Injunctive Relief

30. Plaintiff incorporates the previous paragraphs by reference.

31. The requirements for a preliminary injunction are (1) the injunction is necessary to prevent immediate and irreparable harm, which cannot be compensated by damages; (2) greater injury would result by refusing it than by granting it and it would not substantially harm the other party; (3) an injunction will restore the parties to the status quo as it existed immediately before the alleged wrongful conduct; (4) Plaintiff will likely prevail on the merits; (5) the injunction is reasonably suited to abate the wrongdoing; and (6) the injunction will not adversely affect the public interest. *Summit Towne Centre, Inc. v. Shoe Show of Rocky Mount, Inc.*, 828 A.2d 995, 1001 (Pa. 2003).

32. Each of the six elements exists here.

33. First, Plaintiffs will suffer irreparable harm because the Delaware County Sheriff's office is scheduled to forcefully remove Plaintiff from her home, change the locks and discard over ninety-one years of her mother's personal items. Under *Tyler v. Hennepin County*, the Court found that the County violated the Taking's Clause of the 5th Amendment when it sold the plaintiff's condo for $40,000 to resolve a $15,000 tax debt. 598 U.S. 631 (2023).

34. In this matter, equity theft has also occurred. The Property valued at over $300,000 was sold for a tax debt of $3,509.39, which was paid by the decedent prior to the sale, but put towards the current tax year.

35. Second, greater injury will result if the injunction is not entered than if it is granted. The Delaware County Tax Claim Bureau will not be harmed if this Court were to grant the preliminary objection. Plaintiff and her family would be significantly harmed if forcibly removed from the property and lose over $300,000 in equity.

36. Third, an injunction will restore the parties to the status quo as it existed immediately

before the alleged wrongful conduct. In 2015, decedent willed the Property to Plaintiff. In 2020 as a result of the Covid-19 pandemic, decedent was unable to pay her taxes in person as she has timely done for the preceding years. As soon as the 89-year-old Plaintiff was able to visit the tax office she paid the tax in full, which was misapplied to the then current tax year.

37. Fourth, Plaintiff will likely prevail on the merits. Under *Tyler v. Hennepin County*, it is unconstitutional for the county to keep the equity. Plaintiff will also prevail in proving two violations of the Real Estate Tax Sale Law.

38. Fifth, the injunction is reasonably suited to abate the wrongdoing of the unconstitutional tax sale.

39. Sixth, the injunction will not adversely affect the public interest.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable court:

- Grant an immediate emergency stay of the execution of writ of possession.

- Grant the preliminary injunction.

- Schedule an emergency hearing.

- Grant such other relief as the Court deems just.

Respectfully submitted,

Date: March 31, 2026

By: *s/ Althea J. Udo-Inyang*
Althea J. Udo-Inyang, Esq.
Attorney I.D. No. 310842
887 Main Street
Darby, PA 19023
(610) 291-3015

# VERIFICATION

I, Jacqueline Davis, verify that the facts contained in the foregoing are true and correct based upon my knowledge, information, and belief. However, while the facts are true and correct based upon my knowledge, information, and belief, the words contained in the foregoing me those of counsel and not mine. I understand that statements herein me made subject to the penalties set forth in 18 Pa C. S. A. § 4904 relating to unsworn falsification to authorities.

Jacqueline Davis

March 29, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I did serve a true and correct copy of the foregoing

Motion upon Defendant via personal service addressed as follows:

Delaware County Tax Claim Bureau
201 W. Front Street
Media, PA 19063


Respectfully submitted,


s/*Althea Udo-Inyang*


Dated: March 31, 2026

# EXHIBIT A

# IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA
## Civil Division

CJD GROUP, LLC                              :        COURT OF COMMON PLEAS
                                           :        OF DELAWARE COUNTY
                                           :
        v.                                 :
                                           :
                                           :
GLORIA J. GAYNOR                           :        No.    CV-2025-001977

## WRIT OF POSSESSION

Commonwealth of Pennsylvania, County of Delaware

To the Sheriff of Delaware County, PA

(1)    To satisfy the judgment for possession in the above matter, you are directed to deliver possession of the following described property to CJD Group, LLC:

335 Wayne Avenue, Lansdowne, PA  19050, tax parcel no. 16-09-00634-00

(2)    To satisfy the costs against the defendant, you are directed to levy upon property of the defendant and sell his interest therein.

**COSTS**                          N/A
OJS $ 30·00
JUDG. FEE $394·75
SAT. $ 10·00

COSTS:

Prothonotary: $_____

Sheriff:        $_____

Date: 11/10/2025

OFFICE OF JUDICIAL SUPPORT

By: _Mary J. Walsh_____
    _B. Chappel_

ISSUED
11-13-2025 01:46 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

# EXHIBIT B



**SHERIFF OF DELAWARE COUNTY**
MEDIA, PENNSYLVANIA 19063

SIDDIQ KAMARA
Sheriff

ROBERT T WEBER
Chief Deputy

PHONE (610) 891-4296  FACSIMILE (610) 891-1765

Date:  February 17, 2026

# NOTICE OF EVICTION DATE

**DATE:  Wednesday April 01, 2026**

**TIME:  09:00 am**

**PROPERTY ADDRESS:  335  Wayne Ave., Lansdowne, PA 19050-**

**NOTICE THE SHERIFF'S OFFICE OF DELAWARE COUNTY WILL BE PRESENT AT THE ABOVE PROPERTY ADDRESS TO COMPLETE AN EVICTION.  UNLESS OTHERWISE DIRECTED BY THE COURT.**

# EXHIBIT C

| DELAWARE COUNTY TAX CLAIM BUREAU | MONTH-YEAR | CERTIFIED MAIL NO | MAP NUMBER | |
|---|---|---|---|---|

**PAYMENTS ACCEPTED:**
CASH, CERTIFIED CHECK, MONEY ORDER, VISA, MASTERCARD, OR DISCOVER. CREDIT CARD PAYMENTS SUBJECT TO A 3% CONVENIENCE FEE, IN PERSON ONLY

**PAYABLE TO: TAX CLAIM BUREAU
GOVERNMENT CENTER
201 WEST FRONT STREET
MEDIA, PA 19063**
BUSINESS HOURS: 7:30 AM - 5:00 PM
MONDAY THRU FRIDAY

| | MONTH-YEAR | | MAP NUMBER | |
|---|---|---|---|---|
| | OCT-21 | | 16-16 -553:001 | |

| DISTRICT-FOLIO NUMBER | TAX YEAR | | |
|---|---|---|---|
| UPPER DARBY 16-09-00634-00 | 2020 | CTY ASSMT | 107360 |
| | | SCH ASSMT | 107360 |
| | | TWP ASSMT | 107360 |

| ANNUAL | COUNTY | SCHOOL | TOWNSHIP | TOTAL |
|---|---|---|---|---|
| TAX | 0.00 | 2,542.58 | 0.00 | 2,542.58 |
| PENALTY | 0.00 | 254.26 | 0.00 | 254.26 |
| INTEREST* | | | | |

***INTEREST CALCULATED EACH MONTH**

NO PERSONAL CHECKS ACCEPTED

**RETURN THIS COPY WITH A STAMPED SELF- ADDRESSED ENVELOPE IF A RECEIPT IS REQUESTED**

| ADDITIONAL COSTS | 94.00 |
|---|---|

**WARNING:** IF YOU FAIL TO PAY THIS TAX CLAIM OR FAIL TO TAKE LEGAL ACTION TO CHALLENGE THIS TAX CLAIM, YOUR PROPERTY WILL BE SOLD WITHOUT YOUR CONSENT AS PAYMENT FOR THESE TAXES. YOUR PROPERTY MAY BE SOLD FOR A SMALL FRACTION OF ITS FAIR MARKET VALUE. IF YOU PAY THIS TAX CLAIM BEFORE JULY 1, 2022, YOUR PROPERTY WILL NOT BE SOLD. IF YOU PAY THIS CLAIM AFTER JULY 1, 2022, BUT BEFORE ACTUAL SALE, YOUR PROPERTY WILL NOT BE SOLD, BUT WILL BE LISTED ON ADVERTISEMENTS FOR SUCH SALE. IF YOU HAVE ANY QUESTIONS, PLEASE CALL YOUR ATTORNEY, THE TAX CLAIM BUREAU AT: (610) 891-5399, OR THE COUNTY REFERRAL SERVICE AT: (610) 566-6625

**OWNER OR REPUTED OWNER/ DESCRIPTION OF PROPERTY**

GAYNOR GLORIA J
335 WAYNE AVE
LANSDOWNE PA 19050

335 WAYNE AVE
2 STY HSE GAR
80 X 125

| IF PAID BY | AMOUNT DUE |
|---|---|
| OCT 31 | 3,058.65 |
| NOV 30 | 3,079.63 |
| DEC 31 | 3,100.60 |
| JAN 31 | 3,121.58 |
| FEB 28 | 3,142.56 |
| MAR 31 | 3,163.53 |
| APR 30 | 3,184.51 |

Notice Is hereby given that the property herein described has been returned to the Tax Claim Bureau of Delaware County for non-payment of taxes and a claim has been entered under the provisions of Act of July 7th 1947, P.L 1368, Act no. 542 as supplemented and amended (72 Pur St 5860.101 etc). If payment of these taxes is not made to the Tax Claim Bureau on or before December 31 of this year, and no exceptions are filed, a claim will become absolute. On July 1, of this year, a one (1) year period for discharge of tax claim shall commence or has commenced to run and if full payment of taxes is not made during that period as provided by Act 1947 PL 1368, as amended, the property shall be advertised for and exposed to sale under the provisions of such act and there shall be no redemption after the actual sale.

**AFFIDAVIT**

NOTICE DOES NOT INCLUDE TRASH, SEWER OR ANY OTHER FEE ORIGINATING FROM SCHOOL DISTRICTS AND MUNICIPALITIES.
Present costs In the amount of $94.00 will increase unless paid by June 30, 2022.
An additional cost of $220.00 will be added effective July 1, 2022.



EXHIBIT
1

| | |
|---|---|
| Return Receipt (Form 3811) Barcode<br><br>71786662023200049117 | **COMPLETE THIS SECTION ON DELIVERY**<br><br>A. Signature<br>X ⟍⟍⟍⟍⟍ ☐ Agent ☐ Addressee<br><br>B. Received by (Printed Name) \| C. Date of Delivery |
| 1. Article Addressed to:<br><br>16090063400<br>GAYNOR GLORIA J<br>335 WAYNE AVE<br>LANSDOWNE PA 19050 | D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery<br><center>Reference Information</center> |
| 2. Certified Mail (Form 3800) Article Number | |

PS Form 3811, Facsimile, July 2015          Domestic Return Receipt

**EXHIBIT**

**2**

<span style="writing-mode: vertical-lr">tabbies</span>

<table>
<tr><td>DELAWARE COUNTY<br>TAX CLAIM BUREAU</td><td>NOTICE OF PUBLIC SALE</td><td>DATE: 07/05/22</td></tr>
</table>

| DELAWARE COUNTY TAX CLAIM BUREAU | NOTICE OF PUBLIC SALE | DATE: 07/05/22 |
|---|---|---|
| **PAYMENTS ACCEPTED:** CASH, CERTIFIED CHECK, MONEY ORDER, VISA, MASTERCARD, OR DISCOVER. CREDIT CARD PAYMENTS SUBJECT TO A 3% CONVENIENCE FEE, IN PERSON ONLY. PAYABLE TO: TAX CLAIM BUREAU GOVERNMENT CENTER 201 WEST FRONT STREET MEDIA, PA 19063 BUSINESS HOURS: 8:30 AM - 4:30 PM MONDAY THRU FRIDAY PHONE:(610) 891-5399, (610) 891-4281 (610) 891-4288, (610) 891-4286 | **CERTIFIED MAIL NO** 71786662023072215832 | **MAP NUMBER** 16-16 -553:001 |

**CERTIFIED MAIL NO**
71786662023072215832

**MAP NUMBER**
16-16 -553:001

**DESCRIPTION OF PROPERTY**
335  WAYNE AVE
2 STY HSE GAR
80 X 125

**DISTRICT-FOLIO NUMBER**
UPPER DARBY
16-09-00634-00

NOTICE OF THE RETURN OF DELINQUENT TAXES AGAINST THIS PROPERTY BY THE VARIOUS TAXING DISTRICTS AND THE ENTRY OF TAX CLAIM THEREON, HAS BEEN HERETOFORE GIVEN ACCORDING TO LAW, AND THE PERIOD OF REDEMPTION HAVING BEEN EXPIRED, SAID CLAIM HAS NOW BECOME ABSOLUTE. THIS SALE WILL BE FINAL, DIVESTING YOUR TITLE TO THE PROPERTY, THE PURPOSE OF THIS SALE BEING TO PROVIDE FOR THE COLLECTION OF THE AMOUNT OF TAXES OWING ON SAID PROPERTY.

NOTICE OF SALE WILL BE PUBLISHED ONCE IN TWO (2) NEWSPAPERS OF GENERAL CIRCULATION AND THE DELAWARE COUNTY LEGAL JOURNAL. COST OF SUCH PUBLICATION WILL BE ADDED TO THE LIEN.

RETURN THIS NOTICE WITH PAYMENT. IF RECEIPT IS DESIRED, PLEASE ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE.

**NO PERSONAL CHECKS ACCEPTED**

**APPROXIMATE UPSET PRICE**

**OWNER OR REPUTED OWNER**
16-09-00634-00
GAYNOR GLORIA J
335 WAYNE AVE
LANSDOWNE, PA 19050

**THE APPROXIMATE UPSET PRICE FOR WHICH THE PROPERTY SHALL BE SOLD IS:**

$ 3,509.39

**WARNING**
YOUR PROPERTY IS ABOUT TO BE SOLD WITHOUT YOUR CONSENT FOR DELINQUENT TAXES. YOUR PROPERTY MAY BE SOLD FOR A SMALL FRACTION OF ITS FAIR MARKET VALUE. IF YOU HAVE ANY QUESTIONS AS TO WHAT YOU MUST DO IN ORDER TO SAVE YOUR PROPERTY, PLEASE CALL YOUR ATTORNEY, THE TAX CLAIM BUREAU AT THE FOLLOWING TELEPHONE NUMBER: (610) 891-4281, OR THE COUNTY LAWYER REFERRAL SERVICE AT THE FOLLOWING TELEPHONE NUMBER: (610) 566-6625.

**TO ALL OWNERS OF PROPERTY DESCRIBED IN THIS NOTICE:**
Your property, described above, will be sold by the Delaware County Tax Claim Bureau for delinquent real estate taxes. The sale will be held at  1000          AM on September 22,  2022 , at GOVERNMENT CNTR BLDG FRONT ST., MEDIA PA

The approximate upset sale price for the property is set forth above. The sale of your property may, at the option of the Bureau, be stayed if you, or any lien creditor of yours, on or before the date of sale, enters into an Agreement with the Bureau to pay the taxes in Installments, in the manner provided by the Real Estate Tax Sale Law, and the Agreement is entered into.

NOTICE DOES NOT INCLUDE TRASH, SEWER OR ANY OTHER FEE ORIGINATING FROM SCHOOL DISTRICTS AND MUNICIPALITIES.

GAYNOR GLORIA J
335 WAYNE AVE
LANSDOWNE, PA 19050

DELAWARE COUNTY
TAX CLAIM BUREAU
201 W. FRONT STREET
MEDIA, PA 19063-2768



EXHIBIT
4

<table>
<tr><td>DELAWARE COUNTY<br>TAX CLAIM BUREAU</td><td>NOTICE OF PUBLIC SALE</td><td>DATE: 07/06/22</td></tr>
</table>

| DELAWARE COUNTY TAX CLAIM BUREAU | NOTICE OF PUBLIC SALE | DATE: 07/06/22 |
|---|---|---|
| **PAYMENTS ACCEPTED:** CASH, CERTIFIED CHECK, MONEY ORDER, VISA, MASTERCARD, OR DISCOVER. CREDIT CARD PAYMENTS SUBJECT TO A 3% CONVENIENCE FEE, IN PERSON ONLY PAYABLE TO: TAX CLAIM BUREAU GOVERNMENT CENTER 201 WEST FRONT STREET MEDIA, PA 19063 PHONE:(610) 891-5399, (610) 891-4281 (610) 891-4288, (610) 891-4286 | DESCRIPTION OF PROPERTY 335 WAYNE AVE 2 STY HSE GAR 80 X 125 | **MAP NUMBER** 16-16 -553:001 **DISTRICT-FOLIO NUMBER** UPPER DARBY 16-09-00634-00 |

NOTICE OF THE RETURN OF DELINQUENT TAXES AGAINST THIS PROPERTY BY THE VARIOUS TAXING DISTRICTS AND THE ENTRY OF TAX CLAIM THEREON, HAS BEEN HERETOFORE GIVEN ACCORDING TO LAW, AND THE PERIOD OF REDEMPTION HAVING BEEN EXPIRED, SAID CLAIM HAS NOW BECOME ABSOLUTE. THIS SALE WILL BE FINAL, DIVESTING YOUR TITLE TO THE PROPERTY, THE PURPOSE OF THIS SALE BEING TO PROVIDE FOR THE COLLECTION OF THE AMOUNT OF TAXES OWING ON SAID PROPERTY.

NOTICE OF SALE WILL BE PUBLISHED ONCE IN TWO (2) NEWSPAPERS OF GENERAL CIRCULATION AND THE DELAWARE COUNTY LEGAL JOURNAL. COST OF SUCH PUBLICATION WILL BE ADDED TO THE LIEN.

RETURN THIS NOTICE WITH PAYMENT. IF RECEIPT IS DESIRED, PLEASE ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE.

## WARNING
YOUR PROPERTY IS ABOUT TO BE SOLD WITHOUT YOUR CONSENT FOR DELINQUENT TAXES. YOUR PROPERTY MAY BE SOLD FOR A SMALL FRACTION OF ITS FAIR MARKET VALUE. IF YOU HAVE ANY QUESTIONS AS TO WHAT YOU MUST DO IN ORDER TO SAVE YOUR PROPERTY, PLEASE CALL YOUR ATTORNEY, THE TAX CLAIM BUREAU AT THE FOLLOWING TELEPHONE NUMBER: (610) 891-4281, OR THE COUNTY LAWYER REFERRAL SERVICE AT THE FOLLOWING TELEPHONE NUMBER: (610) 566-6625.

| NO PERSONAL CHECKS ACCEPTED | APPROXIMATE UPSET PRICE |
|---|---|
| OWNER OR REPUTED OWNER GAYNOR GLORIA J | THE APPROXIMATE UPSET PRICE FOR WHICH THE PROPERTY SHALL BE SOLD IS: $ 3,509.39 |

### TO ALL OWNERS OF PROPERTY DESCRIBED IN THIS NOTICE:
Your property, described above, will be sold by the Delaware County Tax Claim Bureau for delinquent real estate taxes. The sale will be held at 1000 AM on September 22, 2022 , at GOVERNMENT CNTR BLDG FRONT ST., MEDIA PA

The approximate upset sale price for the property is set forth above. The sale of your property may, at the option of the Bureau, be stayed if you, or any lien creditor of yours, on or before the date of sale, enters into an Agreement with the Bureau to pay the taxes in installments, In the manner provided by the Real Estate Tax Sale Law, and the Agreement is entered into.

| PARCELID | NOTE2 | ADDR1 | CITYNAME | OWN1 | STATECO | ZIP |
|---|---|---|---|---|---|---|
| 01000024300 | 71786662023072200012 | 25670 PLEASANT VALLEY RD | CHANTILLY | WALKER MIKAL | VA | 20152 |
| 01000033400 | 71786662023072200029 | 50 S CLIFTON AVE | ALDAN | GILLIARD DION | PA | 19018 |
| 01000033400 | 71786662023072200036 | 50 S CLIFTON AVE | ALDAN | GILLIARD GEORGE & | PA | 19018 |
| 01000038400 | 71786662023072200050 | 111 S ELM AVE | ALDAN | WALKER ROBERT H & | PA | 19018 |
| 01000038400 | 71786662023072200043 | 111 S ELM AVE | ALDAN | WALKER JACQUELINE | PA | 19018 |
| 01000049600 | 71786662023072200067 | 111 S ELM AVE | ALDAN | WALKER JACQUELINE | PA | 19018 |
| 01000049600 | 71786662023072200074 | 111 S ELM AVE | ALDAN | WALKER ROBERT H & | PA | 19018 |
| 01000050900 | 71786662023072200098 | 332 LAUREL RD | ALDAN | SOLOKU MBALU | PA | 19018 |
| 01000050900 | 71786662023072200081 | 332 LAUREL RD | ALDAN | SESAY MOHAMED & | PA | 19018 |
| 01000069800 | 71786662023072200104 | 756 BEECH AVE | GLENOLDEN | MP REALTY SOLUTIONS LLC | PA | 19036 |
| 01000070500 | 71786662023072200111 | 631 W MAGNOLIA AVE | ALDAN | JOSEPHICK TAMMY SIMMONS | PA | 19018 |
| 01000070500 | 71786662023072200128 | 631 W MAGNOLIA AVE | ALDAN | MCDERMOTT FRANCIS M & | PA | 19018 |
| 01000071869 | 71786662023072200135 | 114 W MARYLAND AVE | ALDAN | MOORE EARL A | PA | 19018 |
| 01000076502 | 71786662023072200142 | 631 W MAGNOLIA AVE | ALDAN | JOSEPHICK TAMMY SIMMONS | PA | 19018 |
| 01000076502 | 71786662023072200159 | 631 W MAGNOLIA AVE | ALDAN | MCDERMOTT FRANCIS M & | PA | 19018 |
| 01000091100 | 71786662023072200173 | 120 W PROVIDENCE RD | CLIFTON HEIGHTS | MINNIS LAILA | PA | 19018 |
| 01000091100 | 71786662023072200166 | 120 W PROVIDENCE RD | CLIFTON HEIGHTS | BROWN STEVEN ANTHONY & | PA | 19018 |
| 01000100900 | 71786662023072200180 | 23 E RIVELY AVE | ALDAN | KELLY MARGARET A | PA | 19018 |
| 01000125500 | 71786662023072200197 | 10 E 5TH ST | CHESTER | NOTRUB II LLC | PA | 19013 |
| 01000126800 | 71786662023072200210 | 143 CHATHAM ROAD | UPPER DARBY | LY IVY & | PA | 19082 |
| 01000126800 | 71786662023072200234 | 143 CHATHAM ROAD | UPPER DARBY | LY SAM HIEN | PA | 19082 |
| 01000126800 | 71786662023072200234 | 11 N SYCAMORE AVE | ALDAN | LY SAM HIEN | PA | 19018 |
| 01000126800 | 71786662023072200210 | 11 N SYCAMORE AVE | ALDAN | LY IVY & | PA | 19018 |
| 02000001000 | 71786662023072200241 | 44 NEELD LN | ASTON | CARNEVALE DIANE E | PA | 19014 |
| 02000001200 | 71786662023072200265 | 44 NEELD LN | ASTON | CARNEVALE KIRK & | PA | 19014 |
| 02000001200 | 71786662023072200258 | 44 NEELD LN | ASTON | CARNEVALE DIANE | PA | 19014 |
| 02000005806 | 71786662023072200272 | PO BOX 42 | LANDENBERG | FILBERT PROPERTIES LLC | PA | 19350 |
| 02000005807 | 71786662023072200289 | 107 SMITHBRIDGE RD | GLEN MILLS | HALPIN ROBERT PATRICK | PA | 19342 |
| 02000016900 | 71786662023072200296 | 26 BUNTING LN | ASTON | FERGUSON AMANDA JEAN | PA | 19014 |
| 02000029000 | 71786662023072200302 | 763 CHESTNUT STREET | ASTON | CURRY MICHELLE A | PA | 19014 |
| 02000047002 | 71786662023072200319 | PO BOX 2430 | ASTON | HERITAGE MOVING SYSTEMS INC | PA | 19014 |
| 02000049400 | 71786662023072200326 | 3011 CONCORD RD #111A | ASTON | HOSIER SARAH M | PA | 19014 |
| 02000049400 | 71786662023072200333 | 3011 CONCORD RD #111A | ASTON | JONES BRADLEY D & | PA | 19014 |
| 02000054103 | 71786662023072200340 | 446 WILLIS AVE STE 243 | WILLISTON PARK | ELEVEN 7 LLC | NY | 11596 |
| 02000066700 | 71786662023072200357 | 4 C RAYMOND DRIVE | HAVERTOWN | IACOBUCCI ANTHONY J | PA | 19083 |
| 02000066700 | 71786662023072200364 | 4 C RAYMOND DRIVE | HAVERTOWN | IACOBUCCI FRANK R & | PA | 19083 |
| 02000069200 | 71786662023072200371 | 103 POPLAR AVE | ASTON | WAITE ROBERT J | PA | 19014 |
| 02000069300 | 71786662023072200388 | 103 POPLAR AVE | ASTON | WAITE ROBERT J | PA | 19014 |
| 02000073900 | 71786662023072200395 | 414 CROZERVILLE RD | ASTON | BEREN KIMBERLY A & | PA | 19014 |
| 02000073900 | 71786662023072200401 | 414 CROZERVILLE RD | ASTON | BEREN NICHOLAS J | PA | 19014 |
| 02000082000 | 71786662023072200418 | 12 DIAMOND ST | ASTON | GEORGE TAMMY LOCKHART | PA | 19014 |
| 02000091300 | 71786662023072200432 | 2025 DUTTON MILL RD | ASTON | MCNELLY JOHN 3RD ETUX | PA | 19014 |
| 02000091300 | 71786662023072200425 | 2025 DUTTON MILL RD | ASTON | MCNELLY JOAN M | PA | 19014 |
| 02000098600 | 71786662023072200449 | 6 COPPER BEECH CT | LANDENBERG | ARNOLD STEPHEN J | PA | 19350 |
| 02000098901 | 71786662023072200456 | 759 MALLOY AVE | ASTON | SULLIVAN DAVID T JR | PA | 19014 |

MEDIA PA 19063-9998
JUL 08 2022
USPS

Proof of mailing

| Parcel ID | Account Number | Address | City | Owner Name | State | Zip |
|---|---|---|---|---|---|---|
| 1608080907788 | 717866202307721215429 | 2417 DAVID DR | UPPER DARBY | CAMPAGNA ANTHONY P | PA | 19082 |
| 16080108100 | 717866202307721215450 | 868 FAIRFAX RD | DREXEL HILL | SMALLBERGER JOANNE R | PA | 19026 |
| 16080108100 | 717866202307721215443 | 868 FAIRFAX RD | DREXEL HILL | SMALLBERGER DONALD & | PA | 19026 |
| 16080118800 | 717866202307721215467 | 945 FAIRFAX RD | DREXEL HILL | MCDONALD DENISE P | PA | 19026 |
| 16080118800 | 717866202307721215474 | 945 FAIRFAX RD | DREXEL HILL | MCDONALD JAMES & | PA | 19026 |
| 16080139900 | 717866202307721215504 | 1234 HARDING DR | UPPER DARBY | THANO ALMIDA TRUSTEE & | PA | 19082 |
| 16080139900 | 717866202307721215498 | 1234 HARDING DR | UPPER DARBY | JANO ANDREA | PA | 19082 |
| 16080139900 | 717866202307721215481 | 1234 HARDING DR | UPPER DARBY | JANO ALEKSANDER & | PA | 19082 |
| 16080147000 | 717866202307721215511 | 801 HARPER AVE | DREXEL HILL | CHURCH OF CHRIST | PA | 19026 |
| 16080153700 | 717866202307721215535 | 2232 HARWOOD AVE | UPPER DARBY | DAGGETT KEVIN & | PA | 19082 |
| 16080153700 | 717866202307721215528 | 2232 HARWOOD AVE | UPPER DARBY | CAPPELLI VALERIE | PA | 19082 |
| 16080173700 | 717866202307721215542 | 2549 IRVINGTON RD | DREXEL HILL | CALLAHAN DAVID T | PA | 19026 |
| 16080173700 | 717866202307721215559 | 2549 IRVINGTON RD | DREXEL HILL | HACKETT THERESA H & | PA | 19026 |
| 16080186700 | 717866202307721215566 | 59 S KIRKLYN AVE | UPPER DARBY | CARDELLI JOHN M & | PA | 19082 |
| 16080186700 | 717866202307721215573 | 59 S KIRKLYN AVE | UPPER DARBY | CARDELLI MAUREEN | PA | 19082 |
| 16080194200 | 717866202307721215597 | 216 PICKWICK RD | UPPER DARBY | BRANCATO MICHAEL | PA | 19083 |
| 16080194200 | 717866202307721215580 | 216 PICKWICK RD | HAVERTOWN | BRANCATO M M | PA | 19083 |
| 16080194700 | 717866202307721215610 | 257 N LINDEN AVE | UPPER DARBY | MILLER LAUREEN M & | PA | 19082 |
| 16080194700 | 717866202307721215603 | 257 N LINDEN AVE | UPPER DARBY | MILLER JOSEPH G | PA | 19082 |
| 16080200600 | 717866202307721215627 | 2219 LYNN BLVD | UPPER DARBY | HUDSON WENDY | PA | 19082 |
| 16080259828 | 717866202307721215634 | 95 SUBURBAN LN | UPPER DARBY | GREENWOOD JEANETTE M | PA | 19082 |
| 16080259828 | 717866202307721215641 | 95 SUBURBAN LN | UPPER DARBY | GREENWOOD ALBERT C ETUX | PA | 19082 |
| 16080266900 | 717866202307721215658 | 25 TOWNSHIP LINE RD | UPPER DARBY | AYALA YOLANDA | PA | 19082 |
| 16080267000 | 717866202307721215665 | 27 W TOWNSHIP LINE RD | UPPER DARBY | RICHARDSON PATRICIA B | PA | 19082 |
| 16080267000 | 717866202307721215672 | 27 W TOWNSHIP LINE RD | UPPER DARBY | RICHARDSON WILLIE | PA | 19082 |
| 16080302200 | 717866202307721215696 | 2212 WINDSOR AVE | DREXEL HILL | CESARINI ANGELO A | PA | 19026 |
| 16080302200 | 717866202307721215702 | 2212 WINDSOR AVE | DREXEL HILL | CESARINI DARLENE | PA | 19026 |
| 16080022200 | 717866202307721215719 | 474 ARGYLE RD | DREXEL HILL | AMERICAN LIBERTY INVEST LLC | PA | 19026 |
| 16090000600 | 717866202307721215733 | 731 DERWYN RD | DREXEL HILL | JAMGOCHIAN HARRY & | PA | 19026 |
| 16090017500 | 717866202307721215726 | 731 DERWYN RD | DREXEL HILL | JAMGOCHIAN DEREK | PA | 19026 |
| 16090017500 | 717866202307721215740 | 731 DERWYN RD | DREXEL HILL | JAMGOCHIAN MARISA & | PA | 19026 |
| 16090031002 | 717866202307721215757 | 2440 ELDON AVE | DREXEL HILL | MADDY DAVIDSON | PA | 19026 |
| 16090038500 | 717866202307721215764 | 362 FAIRFAX RD | DREXEL HILL | SWEIGARD BRYANT & | PA | 19026 |
| 16090038500 | 717866202307721215771 | 362 FAIRFAX RD | DREXEL HILL | SWEIGARD DIANE | PA | 19026 |
| 16090055100 | 717866202307721215788 | 253 WELSH RD CONDO 115 | PHILADELPHIA | TRIBUANI SUSAN A | PA | 19115 |
| 16090055100 | 717866202307721215795 | 3007 GARRETT RD | DREXEL HILL | 3007-3009 GARRETT R/E LLC | PA | 19026 |
| 16090061200 | 717866202307721215801 | 3007 GARRETT RD | DREXEL HILL | 3007-3009 GARRETT R/E LLC | PA | 19026 |
| 16090123000 | 71786620230772215801 | 3019 GARRETT RD | DREXEL HILL | SAN MARTINO JACQUELYN L | PA | 19026 |
| 16090123000 | 71786620230772215801 | 3019 GARRETT RD | DREXEL HILL | SAN MARTINO JOHN P & | PA | 19050 |
| 16090122500 | 717866202307721215914 | 253 GARRETT RD | LANSDOWNE | GAYNOR GLORAJ | PA | 19050 |
| 16090127400 | 717866202307721215928 | 327 MARSHALL RD | LANSDOWNE | J & J OSTEOPHIGENE | PA | 19050 |
| 16090127500 | 717866202307721215948 | 327 RIVERVIEW AVE | LANSDOWNE | SYDNEY COLLEEN G | PA | 19050 |
| 16090127500 | 717866202307721215955 | 329 RIVERVIEW AVE | DREXEL HILL | SIDENER JONATHAN | PA | 19026 |
| 16090127500 | 717866202307721215962 | 329 RIVERVIEW AVE | DREXEL HILL | KOURY ESSAAF C | PA | 19026 |
| | | | DREXEL HILL | KOURY JOSEPH P & | PA | 19026 |